**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

FEB - 3 2020

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Paul A. Fajana,          )
                         )
          Plaintiff,     )
                         )
     v.                  )          Civil Action No. 19-3160 (UNA)
                         )
Jeffrey R. Howard *et al.*,  )
                         )
          Defendants.    )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a motion under Rule 60(b) of the Federal Rules of Civil Procedure for relief from the order entered on October 31, 2019, which dismissed this action on the ground of absolute immunity. *See* Mem. Op. [Dkt. 3]. In its discretion, a court may relieve a party from a final judgment, order or proceeding for any one of six enumerated reasons. *See* Fed. R. Civ. P. 60(b)(1)-(6). Plaintiff invokes paragraph four, which authorizes relief from a void judgment. Plaintiff's puzzling assertions and exhibits fail sorely to establish any defects in the judgment or to support any other ground for relief. Therefore, his motion is denied. A separate order accompanies this memorandum opinion.

Date:  January 31 , 2020

_____
United States District Judge